IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP DWAYNE JACKSON,
    Plaintiff,

v.                                          CASE NO.: 3:09cv218/MCR/MD

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**
    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 11, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's counsel is entitled to recover a reasonable fee for the handling of this case in the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA).

3. A reasonable fee for this case under the EAJA is $5,632.58 and the Commissioner shall pay plaintiff $5,632.58 in care of his attorney.

DONE AND ORDERED this 10th day of June, 2010.

                                                    _s/ M. Casey Rodgers_
                                                    **M. CASEY RODGERS**
                                                    **UNITED STATES DISTRICT JUDGE**